IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                        **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO:  1:13CV254 HSO-RHW**

**JOHN DOE(S) AKA "RANDALL CAJUN"**                     **DEFENDANTS**

---

**MOTION FOR TIME  OF CHARLES LEARY AND VAUGHAN PERRET
TO FILE BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

---

COME NOW CHARLES LEARY and VAUGHAN PERRET and file this their motion for additional time to file their brief in support of their previously filed Motion to Dismiss; and in support would show they need until July 17, 2013 to file that brief.

RESPECTFULLY SUBMITTED this the 14th day of June, 2013.

                                           CHARLES LEARY AND VAUGHAN
                                           PERRET


                     By:     s/  Henry Laird
                               Henry Laird, MS Bar No. 1774

## CERTIFICATE OF SERVICE

I, Henry Laird, of the law firm of Jones Walker LLP do hereby certify that I have sent a true and correct copy of the foregoing Motion for Time to File Brief in Support of Motion to Dismiss by using the ECF system to the following:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi  39520
VIA UNITED STATES MAIL AND EMAIL:  earning04@gmail.com

This the 14th day of June, 2013.

                                                S/  Henry Laird
                                                Henry Laird

Henry Laird (MSB No. 1774)
Email:  hlaird@joneswalker.com
JONES WALKER LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516