# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                                **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO:  1:13CV254 HSO-RHW**

**JOHN DOE(S) AKA "RANDALL CAJUN"**                                      **DEFENDANTS**

## MOTION FOR TIME OF CHARLES LEARY AND VAUGHAN PERRET

COME NOW CHARLES LEARY and VAUGHAN PERRET and file this their motion for time in which to plead, answer, or otherwise defend the Complaint and in support would show an answer to the Complaint is due on or about June 27, 2013, and counsel for Movants needs an additional twenty (20) days' time until July 17, 2013 to answer or otherwise prepare defenses to the Complaint.

RESPECTFULLY SUBMITTED this the 14th day of June, 2013.

                                           CHARLES LEARY AND VAUGHAN
                                           PERRET


                         By:     s/  Henry Laird
                               Henry Laird, MS Bar No. 1774

## CERTIFICATE OF SERVICE

I, Henry Laird, of the law firm of Jones Walker LLP do hereby certify that I have sent a true and correct copy of the foregoing Motion for Time by using the ECF system to the following:

> Douglas Handshoe
> 214 Corinth Drive
> Bay St. Louis, Mississippi  39520
> VIA UNITED STATES MAIL AND EMAIL:  earning04@gmail.com

This the 14th  day of June, 2013.

                                                  s/  Henry Laird
                                                  Henry Laird

Henry Laird (MSB No. 1774)
Email:  hlaird@joneswalker.com
JONES WALKER LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516