UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE
    Plaintiff

                            CIVIL ACTION NO. 1:13-CV-00254-HSO-RHW

VERSUS

JOHN DOE[S] AKA "RANDALL CAJUN"
    Defendant[s]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF JOINDER
IN REMOVAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Daniel G. Abel although not a named defendant has been served with the state court action by plaintiff. Plaintiff Handshoe has also served other persons represented by Attorney Henry Laird of Jones Walker law firm. This matter has been removed from Hancock Circuit Court to the Honorable United States District Court under the provisions of 28 U.S.C. §§ 1332, 1441, and 1446.

Abel is not a resident of the State of Mississippi and would join Mr. Perret and Dr. Leary who through counsel have removed this matter to this Court. Abel asks the Court to acknowledge his joinder and asks the Clerk to enter it into the record accordingly.

Respectfully submitted,

DANIEL G. ABEL

Daniel G. Abel, Pro Se
LSB No. 8348
2421 Clearview Parkway
Legal Department - Suite 106
Metairie, LA 70001
Telephone: 504.284.8521
Facsimile: 888.577.8813
Email: danielpatrickegan@gmail.com

Certificate of Service

DANIEL C ABEL

I have served Douglas Handshoe by U.S. Mail on this 22 June 2013 but give notice to the Court that he has refused to accept all service on the related matter also pending in this Honorable Court. I have again attempted service on plaintiff at 214 Corinth Drive, Bay St. Louis, MS— the address he uses in all pleadings.

— ORIGINAL —