ABEL
2421 CLEARVIEW PKWY
SUITE 106
METAIRIE, LA 70001

**RECEIVED**
JUN 24 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

U.S. DISTRICT COURT - CLERK
2012 15TH STREET, RM 403
GULFPORT, MS
39501