# STATE OF MISSISSIPPI
## IN THE CIRCUIT COURT OF HANCOCK COUNTY

I, Karen Ladner Ruhr, Clerk of the Circuit Court of Hancock County, Mississippi, do certify that the following constitutes a true and correct copy and literal transcript of the Complete copy of case #13-0174 styled Douglas Handshoe versus John Does and Randall Cajun

as the same now appears on file in my office of record.

AND I FURTHER CERTIFY that said Circuit Court is a Court of record with an official seal, and that I as clerk of Said Circuit Court, am the custodian of the records and of the seal of said Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this said Court, at the City of Bay St. Louis, on this 12th day of June in the year of our Lord, two thousand and thirteen.

[signature]
KAREN LADNER RUHR
CLERK OF THE CIRCUIT COURT
HANCOCK COUNTY, MISSISSIPPI

KAREN LADNER RUHR HANCOCK COUNTY CIRCUIT CLERK

**THE STATE OF MISSISSIPPI**

I, John C. Gargiulo, a Judge of the Second Circuit Court District of the State of Mississippi said district including the County of Hancock, do hereby certify that Karen Ladner Ruhr genuine signature appears to the annexed and foregoing attestation, is now, and was at the date hereof, the Clerk of the Circuit Court of Hancock County, in said State duly elected and qualified, and that her said attestation is in due form.

Witness my signature, this the 12th day of June A.D., 2013.

[signature]
CIRCUIT COURT JUDGE

KAREN LADNER RUHR HANCOCK COUNTY CIRCUIT CLERK

**THE STATE OF MISSISSIPPI**
**COUNTY OF HANCOCK**

I, the undersigned Clerk of the Circuit Court of the County of Hancock, in said State (said court being a court of record and having a seal), do hereby certify that John C. Gargiulo whose genuine signature appears to the annexed and foregoing attestation, is now, and was at the date thereof a Judge of the Second Circuit Court District of said State, which said District includes the said County of Hancock and that said John C. Gargiulo as aforesaid, is now, and was at the date of said attestation duly commissioned and qualified.

GIVEN UNDER my hand and seal of office, at Bay St. Louis, Mississippi, this the 12th day of June, A.D., 2013.

[signature]
KAREN LADNER RUHR
CIRCUIT CLERK

KAREN LADNER RUHR HANCOCK COUNTY CIRCUIT CLERK

**IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

FILED
MAY 17 2013
KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY [signature] D.C.

**DOUGLAS HANDSHOE** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NUMBER** 13-0174

**JOHN DOE(S) AKA "RANDALL CAJUN"** **DEFENDANT**

**COMPLAINT FOR PRE PETITION DISCOVERY**

Comes now Plaintiff Douglas Handshoe under rule 26 Mississippi Civil Procedure, and files this compliant against John Doe(s) known as Randall Cajun and in support shows the following:

1. Plaintiff is a Mississippi resident and owner of Slabbed New Media, LLC, which resides in and publishes the investigative weblog Slabbed in the Second Judicial District.

2. Anticipated defendant, John Doe(s) aka Randall Cajun, is a person whose identity is presently unknown to the Plaintiff, but who will be named as a defendant in a civil action for defamation against Plaintiff when his (their) identities are discovered.

3. Jurisdiction and venue are proper under section 13–3–57 Mississippi Code Annotated (1972). Plaintiff, upon knowledge and belief, anticipates defendant(s) are residents of another state or foreign country.

**FACTUAL ALLEGATIONS – INTRODUCTION**

4. Starting on January 6, 2013, an anonymous person(s), writing under the internet handle "Randall Cajun" has posted a series of defamatory blog posts about plaintiff and others individuals that comment on Plaintiff's website on the blog "Real-Malice" which can be found at www.real-malice.blogspot.ca .

5. Plaintiff does not know Randall Cajun's true identity with certainty and therefore cannot serve a civil complaint on him at this time. But the evidence discussed herein strongly indicates Randall Cajun is one or more of the owners of Trout Point Lodge in Canada posting from Canada and upon knowledge and belief New Orleans Louisiana.[1]

[1] Trout Point Lodge filed numerous Strategic Lawsuits against Public Participation (SLAPP suits) from Nova Scotia Canada against several Metro New Orleans media outlets including the Times Picayune, Louisiana Media Company (Fox 8) and plaintiff in a practice known as libel tourism. Slabbed New Media, publishing court documents from the lawsuit filed by the Lodge and two of its owners against Fox 8 in Yarmouth Nova Scotia revealed what prosecutors from the United States would later term evidence of other crimes under FRE Rule 404b. After publication of these court documents, plaintiff was contacted by agents of the Federal Bureau of Investigation seeking additional information obtained by Slabbed New Media from the Fox 8 case filed in Canada. The Lodge is owned by several

6. On January 10, 2013, Randall Cajun commented on the New Orleans based investigative blog The American Zombie post "A Pet Peeve" attached as Exhibit A.

7. The blog moderator, Jason Berry, well aware of the multiple frivolous SLAPP suits filed by Aaron Broussard's cronies on his behalf from Canada publicly posted Randall Cajun's IP address in a follow up post "See...this is how it works". Mr. Berry revealed Randall Cajun was posting from a Nova Scotia internet service provider consistent with the area of Nova Scotia where the Lodge is located. It is attached as Exhibit B.

8. On February 4, 2013 Randall Cajun posted "Handshoe, Goodson, Bankston, Vandenweghe, Lauricella: maybe Handshoe has been projecting his own life experiences onto others". It is attached as Exhibit C. It is replete with implications Plaintiff was target of a major 1990s criminal investigation in a personal capacity complete "with family links to the mafia". These statements are defamatory per se.[2]

9. On February 10, 2013, in response to my answer to reader inquiries about Randall Cajun's post of February 4, 2013, Randall Cajun posted "Douglas K. Handshoe: Liquidating assets". It is attached as Exhibit D. The post contains several factual inaccuracies including the misstatement of the date plaintiff "joined Slidell Motel" in an effort to paint plaintiff as a member of an organized crime conspiracy.

10. On March 31, 2013 Randall Cajun posted "Good 'n Handy: Doug Handshoe, Coverup & Fred Goodson". It is attached as Exhibit E. In this post Randall Cajun terms Plaintiff an "avowed anti-gay blogger", which is patently false. Additionally, Randall Cajun again posted I was an officer of companies prior to the criminal prosecution referred to in paragraphs 8 and 9 above. This misstatement of the date that I joined the subject company an officer is a clear attempt to impart, via false assertions, that Plaintiff was a member of a corrupt organization.[3]

11. Randall Cajun has defamed other commenters on the Slabbed New Media website including Anne Marie Vandenweghe and Kevin LaMaire, currently residents of the State of Louisiana. Ms Vandenweghe is widely credited with being the whistleblower that triggered the prosecution of former Jefferson Parish President Aaron Broussard. LaMaire, a respected paralegal, is a

---

local businessmen that were politically connected to Aaron Broussard, himself currently serving a 46 month sentence at the Federal Correctional Complex in Butner North Carolina.

[2] Plaintiff performed litigation support services for one of the defendants to the prosecution and later agreed to assist the United States Attorney and US Marshall's service in disposing of assets forfeited as a result of the prosecution including acting as "liquidating agent" for the United States in a related bankruptcy case. Such was the respect earned by the plaintiff in this matter that he ended up performing professional services as a Certified Public Accountant for the defense and then later the prosecution.

[3] Plaintiff became an officer of the entity in question to facilitate its sale to satisfy an order of Forfeiture issued by the United States District Court for the Eastern District of Louisiana. This complex of criminal cases and appeals, colloquially known as USA v Cleveland and Cleveland v USA was ultimately decided by the United States Supreme Court largely but not completely in favor of the defendants. See *Cleveland v. United States*, 531 U.S. 12 (2000). The United States Supreme Court ruling in this case can be found online via justia at http://supreme.justia.com/cases/federal/us/531/12/case.html

knowledgeable source on the Louisiana class action legal community due to his previous association with Calvin "Calhoun" Fayard, one of a group of lawyers that comprised "The Castano Group". This joint venture sued the tobacco companies in the late 1990s. Certain of these lawyers would go on to sue the gun manufacturers.[4]

12. In addition to the many false and defamatory statements made about Plaintiff, it appears Randall Cajun possesses a level of knowledge about the social calendar of Aaron Broussard and details of the Lodge's many legal battles that is well beyond what is expected of even the most diligent outside observer.

**ANTICIPATED CAUSES OF ACTION**

**COUNT 1: DEFAMATION**

13. Plaintiff hereby incorporates and realleges all of the allegations in paragraphs 1 through 12 of this petition.

14. By publishing these posts to a public website www.real-malice.ca and promoting their existence in the local blogosphere defendant published or caused to be published statements to numerous third parties.

15. The posts, especially those referenced in paragraphs 8 through 10 in this complaint above were and remain false, defamatory and libelous published with reckless disregard for the truth in keeping with the name of the weblog.

16. The posts, especially those referenced in paragraphs 8 through 10 in this complaint contain statements of fact, not opinion, that plaintiff has engaged in dishonest, unethical and illegal conduct and are defamatory per se.

17. The posts, especially those referenced in paragraphs 8 through 10 in this complaint were and remain of a character that would tend to harm Plaintiff's reputation, lowered his status in the eyes of his community and clientele deterring others from associating and dealing with him and have otherwise exposed him to contempt.

18. As a proximate cause of the defendant's publication of the defamatory statements listed in paragraphs 8 through 10 of this complaint Plaintiff has suffered loss to his trade, business and reputation.

**PRE-SUIT DISCOVERY SOUGHT**

---

[4] Indeed Trout Point Lodge owner Daniel G. "Danny" Abel, who practiced at the law firm of Aaron Broussard and Danny Abel Attorneys at law located in Suite 106 of the Super 8 Motel on Clearview Parkway, Metairie Louisiana wrote a book about his experiences suing the gun manufacturers in "Outgunned: Up Against the NRA--The First Complete Insider Account of the Battle Over Gun Control".

In order to discover and confirm Randall Cajun's identity in order to file suit for defamation plaintiff seeks the following:

19. A court order compelling Google, Inc., owner of blogger.com, web host for Real-Malice.blogspot.ca to reveal the IP addresses of all contributors to the weblog.

20. Issue a subsequent court order(s) to the internet service providers used by Randall Cajun to post the defamatory content in order to ascertain his identity to properly file suit.

21. Issue subpoenas as appropriate in the circumstances.

WHEREFORE plaintiff prays this honorable court would issue subpoenas and enter court orders as described in Paragraphs 19-21 above for the purposes described above in this complaint.

Respectfully submitted this 17th day of May, 2013.

______________________________

Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
Phone: (228) 284-0004
Facsimile: (601) 928-5129
earning04@gmail.com

Appearing Pro Se

**IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**DOUGLAS HANDSHOE** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NUMBER**

**JOHN DOE(S) AKA "RANDALL CAJUN"** **DEFENDANT**

---

**RULE TO SHOW CAUSE**

---

Considering the foregoing Complaint for Pre Petition Discovery pursuant to Rule 26, MRCP;

IT IS ORDERED the plaintiff, Douglas Handshoe, show cause on ______ day of ___________, 2013 at ___:___ _____.m why this court should grant plaintiff pre petition discovery.

Bay St Louis, Mississippi this _______day of ________2013.

______________________________
JUDGE

This is Google's cache of http://www.theamericanzombie.com/2013/01/a-pet-peeve.html. It is a snapshot of the page as it appeared on Apr 28, 2013 04:32:57 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Text-only version

"Exhibit A"

# American Zombie

Satyagraha

Thursday, January 10, 2013

## A pet peeve

Yes this is petty but please, please do not call Sal Perricone or Jan Mann "bloggers". They are commenters, not bloggers. A blog is a running journal...a body of work. A string of comments on someone else's body of work is not a blog.

I know the term "blogger" has its own negative connotations and I'll swallow that but commenting on media sites does not constitute a blog.

So stop it, dammit.

Posted by Dambala - Jason B. Berry at 1/10/2013 01:30:00 PM 

## 3 comments:

**Randall Cajun said...**

I'm not sure about your pet peeve being valid. Writing on "comments" sections might truly be properly labelled as blogging. Don't want Maselli Mann and Perricone to give you a bad name? You can't really blame the MSM or others for calling them bloggers. Think Blogger, GoDaddy, and Google are somehow different from Advance?

And what's up with the people you would call bloggers? Is blogging supposed to be about personal agendas and vendettas vented online and hidden behind "blogging" as though it was some MSM journalistic enterprise? Take Vandenweghe, for example. It seems like she may have had longstanding personal agendas she vented as a "blogger," like I suggest at real-malice.blogspot.com. Also, what about Maselli-Mann and Vandenweghe? What's up with that? **What about Vandenweghe's recent lunch with Broussard?** Kinda hypocritical, no?

January 10, 2013 at 9:53:00 PM CST

**Dambala - Jason B. Berry said...**

Don't you have something better to do like [illegible]

### Zombie be who?

**Dambala - Jason B. Berry**

New Orleans, Sovereign City-State

ashedambala@gmail.com

View my complete profile

### Snake Gods need love too

### Rising Tide 7

2012

### Dirty Coast

frivolous lawsuits? How about knitting a sweater for your buddy to keep him warm during the long, cold nights he'll be spending in clink?

You are such a moron.

January 10, 2013 at 10:25:00 PM CST

**oyster said...**

Dambala, if you write a book on blogging, make sure you title a chapter "Shaking the trees" or "Invitation to the spider's parlor". Something along those lines.

I'd like a signed copy, too, if possible.

January 12, 2013 at 12:44:00 AM CST

Post a Comment

Newer Post Home Older Post

Subscribe to: Post Comments (Atom)

Click on Link for more info.

Get Norco Lapalco's new CD

NorcoLapalco@cox.net for booking

NOSHA - New Orleans Secular Human Association

Please visit NOSHA

House of Lounge

House of Lounge

Follow by Email

Email address...

Blog Archive

Blog Archive

Left Behind: The Story of the New Orleans Public Schools

EFF

Anti-Corruption Pledge

Humid Beings

Followers

We're sorry...

This gadget is configured incorrectly. Webmaster hint: Please ensure that "Friend Connect Settings - Home URL" matches the URL of this site.

Brains I Feed On

- adrostos
- Aminaminamina... Say What?!!
- animamundi
- Ashley Morris
- b.rox
- Becky Houtman...great writer
- BigEZBear
- Blog of New Orleans
- Cenlamar
- confederacy of dunces
- Cryptogon
- Daily Kingfish
- Dangerblond...hell yeah
- Disenfranchised Citizen
- Ernie the Attorney
- Fiyou on the Bayou
- G-Bitch...fuckin' eh
- Gentilly Girl
- George Washington's Blog
- Good Children
- Gumbo Pie
- HammHawk
- http://frogpondish.blogspot.com/
- Huff Po

| Humid City...Loki is da schnizzel |
|---|
| humidhaney |
| ilostmyipod |
| Independent Nix |
| Keep It Trill |
| Library Chronicles |
| Liprapslament |
| Maitri's VatulBlog |
| Metroblogging |
| Mikeb302000 |
| Minor Wisdon |
| Mitchell's Musings |
| Moldy City |
| Moose Denied |
| New Orleans Ladder - Edtilla |
| New Orleans Slate |
| NOLA |
| Noladishu |
| NOLAFemmes |
| NolaMotion |
| Northwest Carrollton |
| Official Rising Tide Blog |
| people get ready |
| Pistolette |
| Public Sphere Nola |
| Ray in New Orleans |
| right hand thief |
| Scout Prime |
| Slabbed |
| Slimbolala |
| SMORGASBLOG...possibly funnier than the Onion...ht to erster |
| SophMom |
| Spocko's Brain |
| Squandered Heritage |

Suspect Device

Thanks, Katrina

The 3rd Battle of New Orleans

The Chicory

The Frog Pond

the garden of irks and delights

The Hungry Termite

The Nation

The Truth and other Lies

thoughts of the dark rose

travelling mermaid

We Could Be Famous

Wet Bank Guide

Wonkette

Copyright

American Zombie by Dambala, AsheDambala, Jason Brad Berry is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License. Based on a work at theamericanzombie.com. Permissions beyond the scope of this license may be available at ashedambala@gmail.com.

Powered by Blogger.

This is Google's cache of http://www.theamericanzombie.com/2013/01/seethis-is-how-it-works.html. It is a snapshot of the page as it appeared on Apr 28, 2013 17:30:05 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Text-only version

Share 0 More Next Blog» Create Blog Sign In

# American Zombie

"Exhibit B"

Thursday, January 10, 2013
Randall Cajun
malice.blogspot.com
Eastlink (71.7.180.10) Goatherders 1 returning visit
Yarmouth, Nova Scotia, Canada
Multiline URLs
Dambala - Jason B. Berry
Dambala - Jason B. Berry
ashedambala@gmail.com
View my complete profile
Donate
9/22/2012
RISING TIDE 7
XAVIER UNIVERSITY



**Randall Cajun**

January 10, 2013 at 10:58:00 PM CST

**Dambala - Jason B. Berry**

January 11, 2013 at 1:12:00 AM CST

**TruittLaw**

January 11, 2013 at 6:48:00 AM CST

**Doug Handshoe**

January 11, 2013 at 6:49:00 AM CST

**celcus**

NOSHA

Email address..

January 11, 2013 at 8:37:00 AM CST

January 11, 2013 at 10:53:00 AM CST

**Dambala - Jason B. Berry**

January 11, 2013 at 2:28:00 PM CST

**TruittLaw**

January 11, 2013 at 3:29:00 PM CST

**Dambala - Jason B. Berry**

January 12, 2013 at 11:18:00 AM CST

**Dambala - Jason B. Berry**

January 13, 2013 at 11:16:00 PM CST

Blog Archive

Buy DVD

www.eff.org

ANTI-CORRUPTION PLEDGE

humid beings

A Porch in Pixels.

Post a Comment

Newer Post Home Older Post

Post Comments (Atom)

We're sorry...

This gadget is configured incorrectly. Webmaster hint: Please ensure that "Friend Connect Settings - Home URL" matches the URL of this site.

- adrostos
- Aminamicamina... Say What?!!
- animamundi
- Ashley Morris
- b.rox
- Becky Houtman...great writer
- BigEZBear
- Blog of New Orleans
- Cenlamar
- confederacy of dunces
- Cryptogon
- Daily Kingfish
- Dangerblond...hell yeah
- Disenfranchised Citizen
- Ernie the Attorney
- Fiyou on the Bayou
- G-Bitch...fuckin' eh
- Gentilly Girl
- George Washington's Blog
- Good Children
- Gumbo Pie
- HammHawk
- http://frogpondish.blogspot.com/
- Huff Po

- Humid City...Loki is da schnizzel
- humidhaney
- ilostmyipod
- Independent Nix
- Keep It Trill
- Library Chronicles
- Liprapsiament
- Maitri's VatulBlog
- Metroblogging
- Mikeb302000
- Minor Wisdon
- Mitchell's Musings
- Moldy City
- Moose Denied
- New Orleans Ladder - Edtilla
- New Orleans Slate
- NOLA
- Noladishu
- NOLAFemmes
- NolaMotion
- Northwest Carrollton
- Official Rising Tide Blog
- people get ready
- Pistolette
- Public Sphere Nola
- Ray in New Orleans
- right hand thief
- Scout Prime
- Slabbed
- Slimbolala
- SMORGASBLOG...possibly funnier than the Onion...ht to erster
- SophMom
- Spocko's Brain
- Squandered Heritage

Suspect Device

Thanks, Katrina

The 3rd Battle of New Orleans

The Chicory

The Frog Pond

the garden of irks and delights

The Hungry Termite

The Nation

The Truth and other Lies

thoughts of the dark rose

travelling mermaid

We Could Be Famous

Wet Bank Guide

Wonkette

Dambala, AsheDambala, Jason Brad Berry
Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License
theamericanzombie.com

ashedambala@gmail.com

Blogger

"Exhibit C"

# RealMalice

Exploring malice in the Internet community

lundi 4 février 2013

## Handshoe, Goodson, Bankston, Vandenweghe, Lauricella: maybe Handshoe has been projecting his own life experiences onto others

In January, 2012, Slabbed blog publisher Douglas K. Handshoe demonstrated a remarkable memory:

> **Remember back in the late 90s several state legislators were indicted along with certain people in the video poker business? One of the allegations centered on then State Senator Larry Bankston making people in need of legislative help rent his Florida Condo at an inflated price.**

Now, why would Mr. Handshoe have such a peculiar memory for a 90s scandal involving a Louisiana state senator? Handshoe lives and works as a CPA in Mississippi.

Turns out, Louisiana Secretary of State records show that Mr. Handshoe was in business since the early 1990s with some people named Goodson in the Slidell Motel, Inc. at 916 Morgan Bluff Rd. Pearl River, Louisiana, the home of Fred H. Goodson. Specifically, Fred H. Goodson was President and Mr. Handshoe was Treasurer of that corporation. That is not an arms-length relationship.

**Domicile Address**

916 MORGAN BLUFF RD
PEARL RIVER, LA 70452

**Mailing Address**

C/O MARTHA GOODSON
916 MORGAN BLUFF RD.
PEARL RIVER, LA 70452

**Status**

| | |
|---|---|
| Status | Inactive |
| Inactive Reason | Action by Secretary of State |
| File Date | 2/17/1988 |
| Last Report Filed | 7/17/2006 |
| Type | Business Corporation |

**Registered Agent(s)**

| | |
|---|---|
| Agent: | MARTHA GOODSON |
| Address 1 | 916 MORGAN BLUFF RD. |
| City, State, Zip: | PEARL RIVER, LA 70452 |
| Appointment Date: | 2/22/1999 |

**Officer(s)** — Additional Officers: No

| | |
|---|---|
| Officer: | FRED H. GOODSON |
| Title: | President |
| Address 1: | 916 MORGAN BLUFF RD. |
| City, State, Zip: | PEARL RIVER, LA 70452 |
| Officer: | MARTHA GOODSON |
| Title: | [illegible] |
| Address 1: | [illegible] |
| City, State, Zip: | [illegible] |
| Officer: | DOUGLAS K. HANDSHOE |
| Title: | Treasurer |
| Address 1 | 110 HALL ST. |
| City, State, Zip: | WIGGINS, MS 39577 |

Slidell Motel, Inc. became part of Louisiana State Police investigations into Goodson's lucrative truck stop gambling operations, which quickly turned into a federal Grand Jury investigation and multiple indictments. The Baton Rouge *Advocate* stated that "Fred H. Goodson, 55, of 916 Morgan Bluff, Pearl River" was arrested by State Police "on 10 counts of submitting false documents to the state police Video Gaming Division." In July, 1995, Goodson and his attorney were still trying to make it look like everything was

**Pages**

**Messages les plus consultés**

"The distinction between past, present, and future is only a stubbornly persistent illusion." Douglas K. Handshoe on Slabbed

In January, 2012, Slabbed blog publisher Douglas K. Handshoe demonstrated a remarkable memory: Remember back in the late 90s several stat...

Some readers have--in response to this blog's first posts a few days ago--expressed incredulity that Anne-Marie Vandenweghe might have ...

In December, 2011, within the context of reporting on Karen Parker Broussard's guilty plea for the federal crime of " misprision o ...

" Vandenweghe, who served on the Parish Council from 1992 to 1996, spearheaded efforts in recent months to make public records readil...

A short while ago, Daniel Abel made some interesting arguments to the Federal District Court for the Eastern District of Louisiana regarding...

Slabbed publisher Doug Handshoe has informed the world "I can confirm the Department of Justice is crawling every square inch of Slab...

Douglas K. Handshoe had a few comments to make recently on his involvement in the Bankston/Goodson bribery, racketeering, and money launderi...

"In addition in the case at hand, the blogs

legitimate. The *Times-Picayune* reported:

> On a video poker application, the form asks whether the applicant or any partner has ever been involved in a bankruptcy. Goodson answered, "No."
>
> However, records show that F.H.G. Corp., owned solely by Goodson and his wife, Martha, filed Chapter 11 bankruptcy in 1990. The company, which at one time owned both the truck stop franchise and the hotel, filed for bankruptcy after an unsuccessful attempt to build a new hotel and restaurant on Old Spanish Trail in the late 1980s. Under Chapter 11, a company is shielded from its creditors while it tries to reorganize its debts.
>
> When F.H.G. filed bankruptcy, the company had more than $2.4 million in debts, including $189,183 that Goodson claimed was due to himself.
>
> Before filing Chapter 11, however, F.H.G. sold the truck stop franchise to a new company called Slidell 76 Auto Truck Plaza, and the hotel to a new company called Slidell Motel Inc. Both companies are also owned by Goodson , his wife and in-laws.
>
> Bankruptcy trustee David Adler said in 1993 court proceedings that Goodson purposely sold off those profit-making assets to insiders at less than market value, essentially stripping the company. Adler also said that Goodson inappropriately gave himself and other insiders cash bonuses and alleged debt payments totaling more than $800,000; sold family members' insurance policies valued at $301,804 for less than market value; and tried to personally collect on a $282,437 loan from F.H.G. to the truck stop.

Slidell Motel was intimately involved in Goodson's truck stop gambling operations. Again, the Times-Picayune:

> At the glitzy O'Aces gambling parlor in Slidell , patrons can come and go amid 50 video poker machines without having to encounter truck scales, diesel fuel or any of that notoriously strong truckers' coffee. In fact, the Budget Host Hotel that houses O'Aces doesn't even allow 18-wheelers to park on the property.
>
> Yet, according to State Police, it's a truck stop, or at least part of one. That's the only way it could legally have 50 video poker machines. Next door, at the Slidell 76 truck stop, there are no video poker machines.
>
> State Police viewed the businesses as one operation under owner Fred Goodson , and accordingly issued the lounge a lucrative truck stop video poker permit in 1992.

Sources indicate Handshoe joined Slidell Motel as an officer in '92, but that's awaiting confirmation.

Then there's H.O.M. of Mississippi, Inc. where Doug Handshoe was Registered Agent for the Goodsons, again. Fred Goodson liked forming companies with initials, "BAJ," "FHG," "HOM."

Who are these Goodsons and what happened?

Let's let the Fifth Circuit Court of Appeals summarize:

> Larry Bankston ("Bankston"), Fred Goodson, Maria Goodson, and Carl Cleveland ("Cleveland") appeal from their June 27, 1997, convictions and October 15, 1997, sentences for various offenses related to criminal activity in the Louisiana video poker industry. Fred Goodson and Cleveland, along with Alex Goodson, Maria Goodson, and Truck Stop Gaming Inc. ("TSG, Inc."), additionally appeal the district court's judgment of forfeiture of Truck Stop Gaming, Ltd. ("TSG, Ltd.") and TSG, Inc. as part of the RICO enterprise. The Government cross-appeals, challenging the district court's calculation of both Bankston's and Maria Goodson's sentences. For the reasons set forth below, we affirm the Appellants' convictions and sentences and the forfeiture of TSG, Ltd. and TSG, Inc.
>
> ...
>
> On October 4, 1996, the Government charged now former Louisiana State Senators Benjamin "Sixty" Rayburn and Larry Bankston; video poker entrepreneur Fred Goodson; his daughter, Maria Goodson; family attorney Carl Cleveland; and the family's accountant, Joe Morgan, with a combination of racketeering, racketeering conspiracy, mail fraud, conducting an illegal gambling business, money laundering, tax conspiracy, false declaration under penalty of perjury, aiding and abetting a false declaration under penalty of perjury, and interstate communications in aid of racketeering. Most of the charges against the Goodsons, Cleveland, and Joe Morgan related to the establishment, licensing, and operation of TSG, Ltd. The Government alleged that the defendants had schemed to defraud state regulators in obtaining video poker licenses for TSG, Ltd., and to obtain favorable legislation affecting Louisiana's video poker industry. Specifically, the Government alleged that the defendants obtained a gaming license for TSG, Ltd. in 1992 and renewed in 1993, 1994, and 1995, by fraudulently concealing the identity of the true owners of the company, Fred Goodson and Carl Cleveland. According to the Government, Goodson and Cleveland concealed their ownership in order to avoid the probing inquiry of the State's suitability assessment.

According to court records, a team of prosecutors conducted the criminal trial and sentencing, including a

contain comments based on the actual or perceived sexual orientation of the intended t.

The Slabbed Nation Part 2(a): Doug Handshoe & Anne-Marie Vandenweghe Defendants in Federal Lawsuit

The other day on Slabbed, Doug Handshoe told his audience to "stand by for an important announcement from Slabbed New Media." No...

**Archives du blog**

- ▼ 201 · (18)
  - ► avril (2)
  - ► mars (3)
  - ▼ février (6)
    - "Discrimination & hatred": The Slabbed Nation's an
    - The Slabbed Nation Part 1(d) "unslabbed" Vandenwe
    - Douglas K. Handshoe: Liquidating assets
    - Handshoe, Goodson, Bankston, Vandenweghe, Laurcel
    - "A foundation of straw": analyzing Slabbed's extn
    - Hypocrisy Part One: Handshoe Claims Harassment
  - ► janvier (7)

**Qui êtes-vous ?**

**Randall Cajun**

Afficher mon profil complet

Case 1:13-cv-00254-HSO-RHW Document 6 Filed 06/27/13 Page 21 of 42

familiar name:

| | | |
|---|---|---|
| **James B. Letten**<br>**U. S. Attorney's Office (New Orleans)**<br>**650 Poydras St.**<br>**Suite 1600**<br>**New Orleans, LA 70130**<br>**504-680-3000**<br>**usalae.ecfcr@usdoj.gov**<br>***Assigned: 08/19/1997*** | representing | **United States of America**<br>***(Plaintiff)*** |

The criminal convictions were upheld by the 5th Circuit. Turns out TSG, Inc.'s officers had that same Pearl River address--Fred Goodson's spacious home--used to register "Slidell Motel, Inc." TSG, Ltd. was indeed liquidated "as part of the RICO enterprise" in a 1997 bankruptcy proceeding. Searching the Public Access to Court Electronic Records (PACER) system turns up Mr. Handshoe as the accountant for Truck Stop Gaming, Ltd., too. Imagine that.

At the same time, in 1997, after the criminal convictions, Handshoe and the Goodsons incorporated yet another company, but not in Louisiana, this time in Mississippi: "Interstate Management Services, Inc." Why was that?

**INCORPORATOR**
Alex F Goodson
802 Rosedown Dr
Pearl River, LA 70452

**PRESIDENT, DIRECTOR**
Alex F Goodson
802 Rosedown Dr
Pearl River LA 70452

**INCORPORATOR**
[illegible]
1435 Lakewood Dr
Slidell, LA 70458

**VICE PRESIDENT**
[illegible]
1435 Lakewood Dr
Slidell, LA 70458

**INCORPORATOR**
Douglas K Handshoe
110 Hall St, Po Box 788
Wiggins, MS 39577

**SECRETARY**
Douglas K Handshoe
110 Hall St, Po Box 788
Wiggins MS 39577

Interstate Management purportedly engaged in "management consulting."

Now, according to the federal Court of Appeal, former Senator Rayburn was represented by counsel during the criminal investigation:

> Michael Fawer represented Goodson's co-defendant, former Louisiana State Senator Rayburn, through the investigative stage of this case. Fawer assisted Rayburn in responding to three grand jury subpoenas, had discussions with the Government regarding the nature of the charges being considered against Rayburn, and appeared in court on behalf of Rayburn at the initial appearance, as well as later to argue motions.
> On November 5, 1996, Fawer withdrew as counsel for Rayburn, and Arthur A. Lemann, III replaced Fawer as counsel for Rayburn. On February 24, 1997, Goodson moved the district court to associate Fawer as additional counsel for him.

No wonder Mr. Handshoe says he "had the chance to spend a couple of days" with B. B. "Sixty" Rayburn a

decade or so ago, exchanging stories on things like governor's pardons. Covington-based attorney Fawer thus represented Goodson in the criminal trial. Fawer also just happens to now be longstanding law partners with Randall A. Smith, who represents Waste Remediation of Plaquemines, the company owned by former state senator "Hank" and his son Louis Lauricella in a lawsuit along with Concrete Busters of Louisiana against River Birch Landfill.

The *Times-Picayune* reported in September, 1995:

> Six legislative seats were opened up to new blood when lawmakers mentioned in the [gambling investigation] FBI affidavits decided against seeking re-election.
>
> Sen. Larry Bankston, D-Port Hudson, accused of playing a central role in a conspiracy to manipulate legislative votes on video poker issues, conceded that the FBI investigation prompted his withdrawal. After first declaring he would press on with a re-election bid, Bankston said this past week that "unfair and unsubstantiated allegations" would require a relentless campaign effort that would be unfair to his family.
>
> Sen. Gerry Hinton, R-Slidell, also said the investigation influenced his decision to withdraw. Hinton figured prominently in the inquiry as a close ally of video poker developer Fred Goodson .
>
> Two other lawmakers who withdrew in recent days denied that the federal investigation forced them out. They are Sens. **Hank Lauricella** , R-Harahan, and Marty Chabert, D-Chauvin, who owns a video poker truck stop in his hometown.

So, former Senator Larry Bankston and former Senator "Hank" Lauricella served in the Senate together at the same time, even on at least one of the same committees:

*1995 C Archives*

# Judiciary B Committee

**Chairman**

Larry Bankston

**Vice Chairman**

John "Jay" Dardenne

**Members**

Randy Ewing
Francis Heitmeier
Charles Jones
Ron Landry
F.E. "Hank" Lauricella

The charges against Senator Rayburn were specifically related to Truck Stop Gaming, Ltd., and everything related to accounting for monies allegedly or actually paid to bribe state senators like Rayburn and Bankston by Goodson.

Now, there's nothing to suggest that the state police or federal investigators targeted young Doug Handshoe, CPA, but Handshoe himself has repeatedly drawn attention to Bankston on Slabbed without so much as mentioning his close association with those involved in the political corruption scandal and crimes. Handshoe was Treasurer of a corporation linked to the bribery scandal and State Police investigation, fellow corporate officer with a convicted felon, and accountant for another corporation at the center of the federal criminal investigation into bribery, money laundering, and RICO. These themes might sound familiar to anyone who reads Slabbed today.

In one Slabbed comment published by Handshoe, "rocheblave" helpfully quotes from a *Times-Picayune* story:

> The indictment charges Bankston with accepting from Goodson a $1,555 bribe disguised as rent on Bankston's condominium in Orange Beach, Ala. The FBI alleges that Goodson never stayed at the condo and that the payment was for help killing legislation that sought to subject video poker to a referendum.
>
> Bankston also allegedly was promised a hidden interest in Truck Stop Gaming and $100,000 of stock in Tempico Corp., another Goodson company, to help persuade State Police to allow Goodson to resume operations at his Slidell video poker lounge.
>
> In addition to racketeering and conspiracy charges, Morgan also is accused of money laundering, conducting an illegal gambling business and falsifying tax returns.
>
> Morgan allegedly was involved with BAJ Corp., which Cleveland is accused of setting up to

Case 1:13-cv-00254-HSO-RHW Document 6 Filed 06/27/13 Page 23 of 42

funnel thousands of dollars of video poker proceeds to Rayburn's children.

Prosecutors claim the payments were bribes for the senator's votes to shield the industry. As a result of a separate gambling investigation, William Broadhurst, the former law partner of former Gov. Edwin Edwards, faces arraignment today on charges that he skimmed money from construction contracts for two floating casinos that operated in New Orleans for only six weeks in 1995.

The indictment did not specify how much money Broadhurst allegedly gained, but accused him of four counts of mail fraud involving checks totaling $255,555.

The failed New Orleans project, known as River City, was a partnership of Grand Palais Riverboats, headed by resort developer Christopher Hemmeter, and a New Jersey-based company, Capital Gaming International. Broadhurst was a consultant to Grand Palais, the indictment said."

Mr. Handshoe felt the need to augment the *Times-Picayune* article, seemingly being an apologist for some of the actors:

Rocheblave you're on a holy tear today my man, I'd be remiss if I did not add the racketeering portion of what became known as USA v Cleveland was mostly reversed by the Supremes though Cleveland, Bankston and Goodson served time in the pen. Somewhere in the T-P archives is a story about Cleveland's letters home from prison. Joe Morgan was acquitted at trial along with Sixty Rayburn. The rest including then Senator Larry Bankston were found guilty at trial though some of those them including Cleveland and the Goodsons had the bulk of their convictions reversed. If memory serves it was Judge Vance's first trial, certainly her first major trial. It was notable because Bankston's attorney, Lewis Unglesby challenged one of the AUSAs to a fight in open court, Mike Magner if I recall right. Cleveland passed away relatively young from cancer after he was released from prison.

sop

June 8, 2011

Funny thing "rocheblave" mentioning Christopher Hemmeter and Grand Palais Riverboats, for that's precisely who "unslabbed" Anne-Marie Vandenweghe did $12,000 in legal work for in 1994, while her law license was suspended and she was Jefferson Parish councilwoman, thus violating state law, according to contemporary reports by the *Times-Picayune*.

It was revealed that Vandenweghe, a lawyer, had done about $12,000 in law work for the Grand Palais riverboat casino in New Orleans.

A Vandenweghe campaign spokesman said she did not violate the law because at the time of her work, the Grand Palais had not yet received the State Police document designating it as a license holder. State Police, however, said they consider a boat licensed when they vote to issue a license, not when they hand over the document, which typically occurs months later. Vandenweghe has also acknowledged advising Crown Casino Corp. during a zoning battle in St. Charles Parish. She did not return telephone calls Monday.

....

Vandenweghe's work for Grand Palais came during a period when the Louisiana Bar Association and the state Supreme Court considered her ineligible to practice law in Louisiana. The bar and the court placed her on an ineligible list from Jan. 1 to Dec 12, 1994, because they hadn't received her professional fees for the year.

Now, another Handshoe shows up with the Louisiana Secretary of State corporations database: Daniel K. Handshoe, a person 3 years Doug's elder. Where does Mr. Daniel work? Harahan, Louisiana, long time home of "Hank" Lauricella, Anne-Marie Vandenweghe, and Salvador Perricone. Some web sites actually suggest that one of Doug's aliases is "Daniel K. Handshoe." Maybe. More likely, they are just close relatives.

Why wouldn't "new media journalist" Doug Handshoe clearly declare his personal links with the Bankston/Goodson criminal investigation and convictions? What's the association that keeps popping up between Doug Handshoe & Anne-Marie Vandenweghe with the Lauricellas & Harahan? How about Vandenweghe, Handshoe, and gambling interests? Strange.... Lots to discover. I wonder if Daniel Abel is reading this?

It all makes one view Handshoe's self-professed family links to the mafia in a new light.

Before I tackle the subject of post Katrina police shootings in New Orleans I'll publically disclose the man whom I knew as my grandfather (actually step granddad) growing up in Waveland was retired NOPD. He was admired widely for years after he left the force by the other officers but not for any particular acts of bravery or heroism. Rather the adulation derived from keeping his mouth shut after he was indicted by the feds who were investigating mafia

corruption in New Orleans circa 1950's and 60's. The story goes Carlos paid off the jury and the rest is history when he was acquitted. In all the stories granddad told me of his life as a police officer/mafia bagman never once did the term justice ever enter into the conversation. It simply was not in the culture of the NOPD.

---

I would like to add the man I would know as my grandfather on my mothers side also moonlighted for Carlos in addition to his work on the NOPD.

sop

Reply

sop1_1 September [illegible], 2012 at [illegible] pm

Was it security at Churchill Farms ?

Tom September 14, 2012 at 9:11 pm

Reply

No, bagman for the vice rackets in the french quarter.

Reply

sop1_1 September [illegible], 2012 at [illegible] pm

Then there's the total hypocrisy and hubris of Handshoe casting aspersions on others for associating with now-admitted felons like Aaron Broussard, while failing to mention that he himself--a self-purported "citizen for good government"-- was once in business with persons convicted as felons involved in a wide-ranging public corruption scandal. One can start to understand that maybe Handshoe has been projecting his own life experiences onto others.

Publié par [illegible] à [illegible]

Libellés : Anne-Marie Vandenweghe, Concrete Busters, corruption, Doug Handshoe, Fred Goodson, gambling, Hank Lauricella, Inc., Larry Bankston, [illegible], Truck Stop Gaming, Waste Remediation of Plaquemines

## Aucun commentaire:

## Enregistrer un commentaire

Message plus récent Accueil Message plus ancien

Inscription à : Publier les commentaires (Atom)

Case 1:13-cv-00254-HSO-RHW Document 6 Filed 06/27/13 Page 25 of 42

Modèle Simple. Fourni par Blogger

Case 1:13-cv-00254-HSO-RHW Document 6 Filed 06/27/13 Page 26 of 42

"Exhibit D"

# RealMalice

Exploring malice in the Internet community

dimanche 10 février 2013

## Douglas K. Handshoe: Liquidating assets

Douglas K. Handshoe had a few comments to make recently on his involvement in the Bankston/Goodson bribery, racketeering, and money laundering scandal:

> you a being attackd now
>
> On A Steed
> February 6, 2013 at 4:25 am
>
> Reply
>
> > I am. I'd like to say that I am very proud of the work I did helping to settle a complex forfeiture case related to a criminal RICO prosecution. My title was "Liquidating Agent" and my role was to sell the forfeited assets to satisfy the RICO forfeitures that involved a number of entities.
> >
> > I think the US Attorney's office in Baton Rouge, the office that handled the civil forfeiture, would give my job performance good marks. I did not work with anyone from the NOLA US Attorney's Office.
> >
> > Doug Handshoe
> > February 6, 2013 at [illegible]
> >
> > Reply
>
> very interesting - good luck doug!
>
> On A Steed
> February 6, 2013 at 4:28 am
>
> Reply

So, according to Mr. Handshoe, he was simply always a "liquidating agent" working with U.S. Attorneys from Baton Rouge. He was in charge of selling assets: that's interesting. From his comment you'd think he was just a disinterested "good guy," court-appointed accountant. But what's a Mississippi CPA doing in a bankruptcy proceeding in the Western District of Louisiana, with the Department of Justice as an interested party?

This started in 1997, and as already [illegible], he appears alongside Maria and Alex Goodson on the bankruptcy court docket as the accountant for Truck Stop Gaming, Ltd., a company forfeit as part of a criminal RICO enterprise. What's more he was a fellow corporate officer with the man convicted in that trial, Fred H. Goodson, in a company at the center of the scandal involving misleading the Louisiana State Police and the questionable transfer of assets from a soon-to-be bankrupt company (F.H.G.) to the one Handshoe was Treasurer for in the early 90s. Slidell Motel, Inc., part of Slidell's "O'Aces Casino" a dba name. The *Times-Picayune* had clarified: "Before filing Chapter 11, however, F.H.G. sold the truck stop franchise to a new company called Slidell 76 Auto Truck Plaza, and the hotel to a new company called Slidell Motel, Inc. Both companies are also owned by Goodson , his wife and in-laws."

The *Las Vegas Sun* took an interest in the trial testimony in May, 1997.

> Goodson's lawyer, Carl Cleveland, and his accountant, Joe Morgan, also are on trial, accused of devising a fraudulent business scheme to form O'Aces and conceal $1.3 million in profits.
>
> Prosecutors allege that Goodson's adult children were made paper owners of O'Aces to hide the real owners Cleveland and Fred Goodson. Defense attorneys say it was done only so the younger Goodsons would not have to pay estate taxes if their father died.
>
> Two former employees of the Goodsons were questioned briefly and let off without any cross examination by the defense.
>
> L.C. Duff said he worked at the O'Aces video poker lounge in Slidell, and described his jobs. He said Maria Goodson managed the parlor while her brother, co-owner Alex Goodson, showed up about twice in two years.
>
> Katherine Lindsley, a bartender and machine technician for the O'Aces lounge, said that on her shift alone - the 4 p.m. to midnight shift - the machines probably brought in $4,000 to $13,000 a day.

**Pages**

- Accueil
- Anne-Marie Vandenweghe Updated
- Kevin P Lemaire
- Douglas K Handshoe CPA Blogger

**Messages les plus consultés**

The Slabbed Nation Part 1(a) Anne-Marie Vandenweghe aka unslabbed aka Whitmergate, the early years

"The distinction between past, present, and future is only a stubbornly persistent illusion." Douglas K. Handshoe on Slabbed

Handshoe, Goodson, Bankston, Vandenweghe, Launcelle: maybe Handshoe has been projecting his own life experiences onto others

In January, 2012, Slabbed blog publisher Douglas K. Handshoe demonstrated a remarkable memory: Remember back in the late 90s several stat...

The purported and not so personable personae of Anne-Marie Vandenweghe on slabbed (and nola) Part One

Some readers have--in response to this blog's first posts a few days ago--expressed incredulity that Anne-Marie Vandenweghe might have ...

The Slabbed Nation Part 1(b): "unslabbed" Vandenweghe defeated

In December, 2011, within the context of reporting on Karen Parker Brousseard's guilty plea for the federal crime of " misprision o...

The Slabbed Nation Part 1(c) "unslabbed" Vandenweghe, 2010, and the Launcelles

" Vandenweghe, who served on the Parish Council from 1992 to 1996, spearheaded efforts in recent months to make public records readil...

No Tea, No Shade, Just Sock Puppetry

A short while ago, Daniel Abel made some interesting arguments to the Federal District Court for the Eastern District of Louisiana regarding...

Slabbed and leaks

Slabbed publisher Doug Handshoe has informed the world: "I can confirm the Department of Justice is crawling every square inch of Slab...

Douglas K. Handshoe Liquidating assets

Douglas K. Handshoe had a few comments to make recently on his involvement in the Bankston/Goodson bribery, racketeering, and money launderi...

"Discrimination & hatred" The Slabbed Nation's anti-gay hate speech (Updated)

"In addition in the case at hand, the blogs

The whole Goodson/Bankston trial was, of course, part of a massive Department of Justice effort against the mafia infiltration of video gaming in Louisiana. On June 4, 1994, the *New York Times* reported:

> Since video poker was legalized in Louisiana in 1991, the blinking electronic machines have swept the state, showing up in barrooms, hotels, crayfish restaurants in the swamps and even *at huge truck stops, where the main business is not refueling but playing video poker.*

That week 17 persons in both New York and Louisiana were indicted. The *Times* continued:

> The indictment accuses the Genovese and Gambino families in New York and the Marcello family in New Orleans of engaging in a pattern of racketeering by forming an enterprise to profit from video poker operations while hiding their connections to organized crime.
>
> ...
>
> Among those arrested in New Orleans were Anthony S. Carollo of Slidell, La., who was named in the indictment as the boss of the Marcello crime family, and Joseph Paul Marcello Jr., brother of the late Carlos Marcello, who was long regarded as the head of the Mafia in Louisiana.

How did the mafia infiltrate the video gaming industry? By using 2 Louisiana companies to place "about 15,000 machines" they got from Bally Gaming on a line of credit "in more than 2,000 bars and truck stops across the state." Wonder where Handshoe and Goodson's Slidell Motel, Inc. got its video poker machines? The sales started to occur in 1992, the same year Handshoe joined Slidell Motel, according to corporate records. It's interesting, too, that Mr. Handshoe has bragged about how his grandfather was a bag man for Carlos Marcello and was indicted but kept silent; also how his partner in blogging Anne-Marie Vandenweghe was in business with Victor J. Trapani, Jr., son of Carlos Marcello's business partner in a Jefferson Parish casino.

Now, it is clear that Handshoe knows about liquidating things and use of corporations, as public records in Mississippi and court records in Louisiana show he has just recently sold his home in Bay St. Louis; he was served with the federal defamation lawsuit against him in a rental; and he has transferred his vehicle titles into a corporate name. Interesting move for a man purportedly not legitimately liable for a $425,000 defamation judgment.

It is indeed true, as Mr. Handshoe says above, that he was approved "liquidating agent" by the bankruptcy court in 1999, but that was done at the request of Truck Stop Gaming, Ltd., not the Baton Rouge U.S. Attorney's Office.

In addition, the rest of his chronology is a bit off. The trouble is that for nearly 2 years before that, he acted as the paid accountant for Truck Stop Gaming, alongside its attorneys, in an attempted Chapter 11 reorganization of the company, paying out hundreds of thousands of dollars. Now why did Mr. Handshoe leave that detail out?

As Mr. Handshoe was working to sell off the assets of Maria and Alex Goodson's Truck Stop Gaming, Ltd. in western Louisiana, the Mississippi Secretary of State shows he was also forming a new corporation with Alex Goodson--Fred Gooson's son--in Mississippi, "Interstate Management Services, Inc." The papers bearing Handshoe's signature alongside that of Goodson were filed on September 23, 1997, a time at which Fred Goodson had not yet started to serve his prison sentence.

**9. Incorporators' Signatures (please keep writing within blocks)**

It was in September, 1997, that Truck Stop Gaming appears to have tried to ramp up efforts to liquidate

contain comments based on the actual or perceived sexual orientation of the intended t...

The Slabbed Nation Part 2(a): Doug Handshoe & Anne-Marie Vandenweghe Defendants in Federal Lawsuit
The other day on Slabbed, Doug Handshoe told his audience to "stand by for an important announcement from Slabbed New Media." No...

**Archives du blog**

- ▼ 2013 (18)
  - ► avril (2)
  - ► mars (3)
  - ▼ février (6)
    - "Discrimination & hatred", The Slabbed Nation's an
    - The Slabbed Nation Part 1(d) "unslabbed" Vandenwe
    - Douglas K. Handshoe: Liquidating assets
    - Handshoe, Goodson, Bankston, Vandenweghe, Launcel
    - "A foundation of straw": analyzing Slabbed's extr
    - Hypocrisy Part One: Handshoe Claims Harassment
  - ► janvier (7)

**Qui êtes-vous ?**

Randall Cajun

Afficher mon profil complet

assets, paying out monies to creditors. Indeed, Alex's father Fred Goodson somehow had the means to keep fighting his conviction through the 1990s, as did his former attorney Cleveland, whose law firm was also a creditor in the bankruptcy proceeding, but Goodson couldn't shake the multiple counts. On May 25, 2000 the Baton Rouge *Advocate* reported:

> Goodson's attorney, Paul Enzinna of Washington, D.C., likewise tried to convince Vance on Wednesday that, if the Supreme Court throws out Goodson's mail-fraud conviction, some of his most serious felony charges also could be reversed. Like Cleveland, Goodson began serving his 121-month sentence in December 1997.
>
> But Assistant U.S. Attorney Bob Boitmann argued that Goodson played a leading role in the video-poker-related racketeering and bribery scheme.
>
> Vance agreed with the prosecutor and rejected Enzinna's arguments, noting that Goodson was convicted of bribing state lawmakers.
>
> "I think it's pretty serious to bribe some legislators," the judge said at the end of a brief hearing. "I'm going to deny your motion."Goodson was convicted in June 1997 on 12 total counts of racketeering, racketeering conspiracy, money laundering, interstate communications in aid of racketeering, and mail fraud. Cleveland, who was Goodson's longtime attorney, was found guilty on 10 counts of racketeering, racketeering conspiracy, money laundering, tax conspiracy, aiding and abetting the filing of a false tax return, and mail fraud. Both were sentenced to 10 years and one month.
>
> Bankston was convicted on two counts of interstate communications in aid of racketeering and sentenced to 41 months. He started serving that term in November 1997. The racketeering-related charges involved what prosecutors called Bankston's "sham" rental of his Alabama beachfront condominium to Goodson. Goodson paid a $1,555 rental fee for the condo but did not stay there. Prosecutors called the payment a bribe.
>
> Goodson's daughter Maria, who ran her father's O'Aces video poker parlor in Slidell, was found guilty on one count of mail fraud and sentenced to six months in a halfway house and six months of home detention. Maria Goodson has completed that sentence.
>
> Last July, a three-judge panel of the 5th U.S. Circuit Court of Appeals let all convictions in the case stand.
>
> In addition to sending them to prison, Vance ordered Fred Goodson and Cleveland to forfeit a combined $2.5 million in video poker profits to the federal government. Prosecutors claimed that Goodson and Cleveland, because of tax and other problems disguised their actual ownership of Truck Stop Gaming Inc., which did business as O'Aces, by putting the business in **Maria** and **Alex Goodson** 's names. Alex is Fred Goodson's son.

Now does all this look like the actions of a disinterested accountant simply working "to settle a complex forfeiture case" for the government?

Then there's the fact that Handshoe spent time with indicted Louisiana State Senator B. B. "Sixty" Rayburn, a Goodson co-defendant, around the time of the trial. Here's what Mr. Handshoe says on Slabbed:

> **Moving right along I saw the B.B. "Sixty" Rayburn Correction Center at Angie has a new chapel thanks to some big-hearted donors. Sixty's name came up earlier this week while we were on assignment in NOLA. I had the chance to spend a couple of days intermittently talking with Sixty over a decade ago and the part of his Wiki bio about him being "A raconteur, Rayburn entertained many with his lively reminiscences of the historic (Earl) Long era" is spot on. Sixty had stories on Mississippi's Governor Bilbo too as he was originally a Mississippi guy. They just don't make politicians (crooked or otherwise) like Sixty Rayburn anymore.**

Would that mean Handshoe was at the criminal trial, too? Why?

Again, there's nothing yet suggesting Handshoe was a federal criminal target. But, too, Mr. Handshoe doesn't seem to be very forthcoming with a clear picture of his place within this huge corruption scandal, and his role as cross-border incorporator for the Goodsons between Louisiana and Mississippi. A reasonable observer looking at this fact pattern from the outside might say there was a mystery and a coverup underway just like Handshoe has contrived a false coverup and conspiracy with regards to Leary, Perret, Abel, and Trout Point Lodge. Indeed, he's now accusing them of "a coordinated campaign to unmask and otherwise harass internet commenters sharing information on the political scandal in Jefferson Parish" alongside Frederick Heebe and Steve Theriot!

Why does he feel the need to pro-actively deny involvement with the New Orleans U. S. Attorney's Office?

Handshoe published a "Rocheblave" comment quoting from the **Baton Rouge** *Advocate*:

> Federal prosecutors say the scheme to infiltrate Louisiana's video poker industry was the brainchild of New York's powerful Gambino organized-crime family and the Genovese family. The reputed Marcello organized-crime family of New Orleans was a partner-in-crime of the Gambino and Genovese families, according to prosecutors.

Case 1:13-cv-00254-HSO-RHW Document 6 Filed 06/27/13 Page 29 of 42

"This was a New York-driven operation," said Assistant U.S. Attorney Salvador Perricone, one of three Worldwide/LRO prosecutors and a member of the U.S. Attorney's Office's organized-crime strike force unit in New Orleans.

"This was truly a classic partnership between the upper echelon of the New Orleans mob and an active captain of the Gambino family, as well as an associate of the Genovese family," added First Assistant U.S. Attorney Jim Letten, the lead Worldwide/LRO prosecutor and the strike force's former chief.

Likewise, he said, the Worldwide/LRO probe was a partnership between the FBI, the U.S. Attorney's Office in New Orleans and the Louisiana State Police.

Letten said the upper echelon of the Marcello family included alleged "boss" Anthony Carollo of Slidell; alleged "underboss" Frank Gagliano Sr. of Metairie; Sebastian "Buster" Salvatore of Metairie; Joseph Marcello Jr. of New Orleans, brother of the late reputed crime lord Carlos Marcello; and Joseph Gagliano of Kenner, son of Frank Gagliano Sr.

All five men were convicted in the case and sent to prison.

The alleged Gambino captain to whom Letten referred is Joseph Corozzo of New York City, and the alleged Genovese associate is Eugene Gilpin of New York City. They, too, were convicted and given prison terms.

This was the crime families' financial arrangement: The New York families would split 40 percent of the profits, another 40 percent would go to the Marcello family, and the remaining 20 percent was reserved for Bolson and Tanfield, prosecutors said.

Perricone said the New York families recruited Bolson - a Tulane University alumnus - because his credentials would "lend legitimacy" to the operation. Tanfield reported directly to Gilpin, he said.

Together, Bolson, Tanfield and former New Orleans furniture store executive Aaron Mintz fooled state regulators into giving Worldwide a license to distribute video poker machines and LRO a license to own and operate video poker machines. Worldwide and LRO received those licenses in May 1992.

Federal prosecutors say Bolson and Tanfield hand-picked Mintz - a long-time friend of then- Gov. Edwin Edwards - to front as the companies' majority stockholder because neither Bolson nor Tanfield, who was living in Florida at the time, met Louisiana residency requirements to hold video poker licenses.

Bolson, Tanfield and Mintz viewed the state gambling licenses as licenses to steal, prosecutors said, and they did just that.

In July 1992, the trio duped Bally Gaming Inc. of Las Vegas into naming Worldwide as the exclusive Louisiana distributor of Bally video poker machines. Louisiana law prohibited Bally from distributing its own machines.

The first video poker machines did not go on-line in Louisiana until July 1992.

Bally ultimately loaned Worldwide $3.5 million in cash and roughly $16 million worth of video poker machines.

Worldwide had hoped to sell 8,000 Bally machines in Louisiana, but only 2,100 Bally machines were in operation in the state when Worldwide collapsed.

Still, those machines took in more than $67 million between July 1, 1992, and May 31, 1993, when Worldwide filed for federal bankruptcy protection.

Prosecutors said they believe the organized-crime scheme netted some $16 million in illegal profits.

Letten said he believes the financial gain would have been "astronomical," and the damage much worse - not only to the video poker industry but to the state's entire gambling industry and related businesses - had federal authorities not stopped the scheme when they did.

"Had this venture been successful, it's only a matter of our wildest speculation how bad the mob influence would have been in this town," Letten said. "This would have thoroughly become, within five years, a mobbed-up town."

Rafael Goyeneche, head of the private watchdog Metropolitan Crime Commission of New Orleans, agrees.

"The FBI and the U.S. Attorney's Office are owed a debt of gratitude by not only the city of New Orleans but also the entire state," he said, adding that organized crime's "tentacles" would have wrapped themselves around Louisiana's entire gambling industry if the video poker scheme had gone undetected.

Was there a deal between Handshoe and the U.S. Attorney's Office? Was he a whistleblower, with knowledge of the mob involvement, bribery, and fraud? What was his role as incorporator, officer, and accountant of Goodson companies? Why the silence on these salient issues?

According to Handshoe's own standards, if knowing Aaron Broussard makes one guilty of money laundering, what does being the officer and/or accountant of a corporation involved in a RICO enterprise mean?

Documents are coming.

Publié par [illegible]

Libellés : [illegible] Handshoe, [illegible], RICO, [illegible], [illegible]

Aucun commentaire:

Enregistrer un commentaire

Message plus récent Accueil Message plus ancien

Inscription à : Publier les commentaires (Atom)

Modèle Simple. Fourni par Blogger.

"Exhibit E"

# RealMalice

Exploring malice in the Internet community

**dimanche 31 mars 2013**

## Good 'n Handy: Doug Handshoe, Coverup, & Fred Goodson

This past August (2012), the *Times-Picayune* reported on a particularly raucous public meeting in Pearl River, Louisiana, involving someone closely connected to anti-gay serial defamer and Slabbed blogger Doug Handshoe:

The Pearl River Board of Aldermen, in a split vote, followed the town's Planning Commission recommendation to annex a 6-acre parcel of land off Louisiana 41 as R-1 Residential. However, the decision was not made quickly, nor quietly.

Discussion began with Planning Commission Chairman Sam Phillips opposing his own commission's recommendation and ended with Mayor James Lavigne threatening to have the Pearl River Police Department escort members of the audience out of the building for a short stay behind bars.

The parcel of land owned by Le Pauvre Garcon, which includes Toby Lowe, Ross Lagarde and Fred H. Goodson, had asked for the 6-acre parcel to be zoned B-2 Commercial, which is the same as the land along Louisiana 41.

. . .

Goodson and his partners did not shed any light on future business ventures involving the property except to say they were trying to compliment the community and were still marketing the property. A hardware store was mentioned, but Goodson indicated more commercial depth would be necessary for such a development.

**Pearl River resident Sparkman "Sparky" Long said, "We keep hearing (the development) won't be a truck stop or video poker but no one is saying what will be there."**

Long's comments were followed by loud discussion with multiple people calling out comments simultaneously, which prompted Lavigne to insist that the crowd cool down. "The next outburst and you will be going to the back," Lavigne said, pointing to the nearby jail area. "The police are here."

It will be remembered that in 1997 Mr. Goodson was convicted of one count of RICO, one count of RICO conspiracy, and two counts of mail fraud (in connection with the 1994 and 1995 Truck Stop Gaming, Ltd. gaming license renewal applications). The jury additionally convicted Goodson of five counts of money laundering and three counts of the use of interstate communications in aid of state bribery. His daughter, Maria, was found guilty of one count of mail fraud in connection with TSG, Ltd.'s 1995 license renewal application. His son Alex was named as involved in the coverup, but never indicted.

Such history explains "Sparky" Long's concerns about Mr. Goodson's current plans for his Pearl River land.

**Why the coverup, Mr. Doug?**

Just over the border in Mississippi, avowed anti-gay blogger Doug Handshoe has tried to explain away his past association with Fred H. Goodson, O'Aces Casino, and the Slidell truck stop as simply playing the role of a court-sanctioned accountant liquidating the assets of Truck Stop Gaming, Ltd. --in cooperation with the Department of Justice, no less. But, already, something didn't seem straightforward about Handshoe's representations. As seen in a previous post, his talk of appointment as Liquidating Agent in 1999 neatly glossed over his work as the Goodson's & Truck Stop Gaming's accountant long before then.

**Pages**

- Accueil
- Anne-Marie Vandenweghe Updated
- Kevin P Lemaire
- Douglas K. Handshoe, CPA Blogger

**Messages les plus consultés**

The Slabbed Nation Part 1(a) Anne-Marie Vandenweghe aka unslabbed aka Whitmergate, the early years
"The distinction between past, present, and future is only a stubbornly persistent illusion." Douglas K. Handshoe on Slabbed ...

Handshoe, Goodson, Bankston, Vandenweghe, Launcelle, maybe Handshoe has been projecting his own life experiences onto others
In January, 2012, Slabbed blog publisher Douglas K. Handshoe demonstrated a remarkable memory: Remember back in the late 90s several stat...

The purported and not so personable personae of Anne-Marie Vandenweghe on slabbed (and nola), Part One
Some readers have--in response to this blog's first posts a few days ago--expressed incredulity that Anne-Marie Vandenweghe might have ...

The Slabbed Nation Part 1(b) "unslabbed" Vandenweghe defeated
In December, 2011, within the context of reporting on Karen Parker Broussard's guilty plea for the federal crime of " misprision o...

The Slabbed Nation Part 1(c) "unslabbed" Vandenweghe, 2010, and the Launcelles
" Vandenweghe, who served on the Parish Council from 1992 to 1996, spearheaded efforts in recent months to make public records readil...

No Tea, No Shade, Just Sock Puppetry
A short while ago, Daniel Abel made some interesting arguments to the Federal District Court for the Eastern District of Louisiana regarding...

Slabbed and leaks
Slabbed publisher Doug Handshoe has informed the world: "I can confirm the Department of Justice is crawling every square inch of Slab...

Douglas K. Handshoe Liquidating assets
Douglas K. Handshoe had a few comments to make recently on his involvement in the Bankston/Goodson bribery, racketeering, and money launderi...

"Discrimination & hatred" The Slabbed Nation's anti-gay hate speech -Updated
"In addition in the case at hand, the blogs

Case 1:13-cv-00254-HSO-RHW Document 6 Filed 06/27/13 Page 32 of 42

But there's more than that.

In comments on Slabbed, Handshoe makes certain representations, even referring to Real-Malice:

> **That said occasionally I get free advertising for my accounting practice:**
>
> **http://real-malice.blogspot.com/2013/02/handshoe-goodson-banksimon-vandenweghe.html**
>
> **I must say it is a small world. I was hired after all hell had broken loose and I fixed certain tax compliance issues immediately. My work was noted by the powers that be in officialdom and I was retained to liquidate assets to satisfy forfeitures and that included bankruptcy work. It ended up as an 8 year engagement. The folks in the middle district's civil division are first class people IMHO.**

And again in further conversation with "On A Steed":

> **Doug,**
> **re: Malice - So, we DO both know Kevin Bacon!**
>
> **Assuming what was said is true ( it is on the internet right? ) Those guys neatly overlooked a point - you weren't charged!**
>
> **If someone has been around, they know what that means!!!**
>
> **Thanks again, indeed interesting for the steed 😊**

**On A Steed**
**February 8, 2013 at 9:15 am**

> **I am sure we do. The trial was contentious with Louis Uoglesby challenging Mike Magner to a fight in open court. A CPA was indicted which was why I was brought in. A young CPA like me never could have gotten in the door with that bunch [illegible]. All Payola radio was pillaring the defendants at every turn and the case was widely publicized in the media. I went to school with the child of one of the defendants and they turned to me in desperation. As [illegible] I grabbed the bull by the horns and gained a lifetime client. I was there when it was bad, I was there when it was really bad and I've been around long enough to see a happier ending than most thought possible back in the day. And the Kevin Bacon deal turned out to be a real plus.**

"A CPA was indicted which was why I was brought in.""I was retained to liquidate assets to satisfy forfeitures." "I was hired after all hell had broken loose . . . "

The only problem with Mr. Handshoe's story is the facts as reported by news media at the time. Sources, including Louisiana Secretary of State records, say Handshoe became corporate Treasurer of Slidell Motel, Inc. *before* the criminal indictments in 1996 and the court-ordered liquidation started in 1997. It was 1995 when Louisiana State Police shut down the video poker operation. So presumably "all hell" hadn't yet broken loose.

1992 was the year video poker became legal in the Pelican State. Fred Goodson was President of Slidell Motel while Handshoe was Treasurer. As noted, Handshoe was also accountant for Truck Stop Gaming, Ltd. *before* he was appointed Liquidating Agent. He was registered agent for another Goodson company, H.O.M. of Mississippi, also well before the criminal investigations started in 1995/96.

So why the seeming incapacity to be completely forthcoming in Mr. Handshoe's online explications? Why the whitewash and coverup? What does Mr. Doug mean when he says that he "gained a lifetime client" out of the Goodson criminal prosecution? What does he mean by "that bunch"?

On July 28, 1996, the Baton Rouge *Advocate* reported on the criminal indictments:

> A federal grand jury in New Orleans on Friday indicted a former state senator, a Slidell businessman and his daughter and a New Orleans lawyer on charges of racketeering, conspiracy, bribery and other illegal activities.
>
> ...
>
> Fred H. Goodson - A Slidell businessman and a principal in a number of businesses, including FHG Corp., SMFM Management Corp., Magnolia Investments Ltd., Slidell Union 76 Auto/Truck Plaza Inc., Slidell Motel Inc. and Tempico Inc.
>
> ....

contain comments based on the actual or perceived sexual orientation of the intended L...

The Slabbed Nation Part 2(a): Doug Handshoe & Anne-Marie Vandenweghe Defendants in Federal Lawsuit

The other day on Slabbed, Doug Handshoe told his audience to "stand by for an important announcement from Slabbed New Media." No...

**Archives du blog**

- ▼ 2013 (18)
  - ▶ avril (2)
  - ▼ mars (3)
    - Good 'n Handy: Doug Handshoe Coverup, & Fred Good...
    - Handshoe & "Concrete Busters." Blogger's lies betr...
    - Federal court says "no" to international Cyber Bul...
  - ▶ février (6)
  - ▶ janvier (7)

**Qui êtes-vous ?**

**Randall Cajun**

Afficher mon profil complet

Case 1:13-cv-00254-HSO-RHW Document 6 Filed 06/27/13 Page 33 of 42

On or about April 8, 1995, Fred Goodson was told by the accountant for Truck Stop Gaming Ltd. that, as a result of the failure to transfer ownership out of the Goodson children's name there would be serious tax consequences.

On or about April 10, 1995, Fred Goodson and Cleveland were told by the accountant for Truck Stop Gaming Ltd. that, because of the failure to file periodic tax returns regarding the profits made during 1994 by Truck Stop Gaming Ltd, there would be substantial penalties owned to the Internal Revenue Service.

On or about April 13, 1995, Cleveland explained to Maria Goodson his plan for evading the payment of "a huge penalty" on the money earned by Truck Stop Gaming Ltd. in 1994.

On or about April 17, 1995, Cleveland and the Goodsons caused a false and fraudulent "legal bill" and a false and fraudulent "management services bill" to be prepared as part of an effort to eliminate the need to pay income taxes owed.

Reading what Doug Handshoe has to say, you might think that the corporation he was an officer for--Slidell Motel-- had nothing to do with the criminal investigation, prosecutions, convictions, and court-ordered forfeiture. But that doesn't seem to be the case either. On May 16, 1997, the *Times-Picayune* reported on the playing of FBI tapes of a wire-tapped Fred Goodson during the trial:

> According to Goodson, state Rep. Raymond "La La" Lalonde was especially wary of the appearance of taking money from the truck stops. He said Lalonde would take checks from attorneys for other companies related to the truck stop owners in "small amounts" - $250, $350 and $400.
>
> Goodson explained his own technique for getting campaign donations to legislators who didn't want checks directly from gambling interests. He said he attached his truck stop business card to checks drawn on a Slidell motel he owns.

On July 21, 1997, the *Advocate* continued its coverage of the conviction of Mr. Handshoe's fellow corporate officer and client:

> Under federal racketeering laws, prosecutors are trying to seize $15.6 million in Goodson-related business interests, including a Slidell motel and truck stop that served as home for O'Aces.
>
> Another $1.3 million in profits from O'Aces is targeted under a money laundering seizure. Since O'Aces' true ownership was disguised under the names of Goodson's adult children, it was an illegal gambling operation and its proceeds are subject to seizure, prosecutors contend.

On August 27, 1997, the Times-Picayune reported that the corporation Handshoe was Treasurer for, Slidell Motel, was indeed part of the criminal scheme, and the federal court ordered it forfeit as well

> U.S. District Judge Sarah Vance, who presided over their lengthy trial, also refused to order a new trial for Bankston, father-daughter video poker truck stop owners Fred and Maria Goodson, and the Goodsons' longtime New Orleans attorney Carl Cleveland.
>
> In addition, Vance ordered Fred Goodson , who once operated the now-defunct O'Aces video poker lounge in Slidell, and Cleveland to forfeit more than $3.7 million apiece in U.S. currency to the government. More than $3.1 million of that $3.7

Case 1:13-cv-00254-HSO-RHW Document 6 Filed 06/27/13 Page 34 of 42

> million figure was O'Aces' net profits from July 1994 through August 1995.
>
> The judge also ordered Fred Goodson to forfeit his interests in O'Aces, Truck Stop Gaming Ltd., the Slidell Union 76 Auto/Truck Plaza and Slidell Motel. She ordered Cleveland to forfeit his interests in Truck Stop Gaming and O'Aces. Fred Goodson's children, Alex and Maria tried hard to get their money out of Truck Stop Gaming, petitioning the court and launching an appeal. Handshoe indeed went to St. Stanislaus High School with Alex, same graduating class in fact, and according to his own statement still acts as a Goodson family accountant.

The next question, beyond why Mr. Doug is covering up his exact role in the Goodson criminal enterprise, is what was Mr. Handshoe **doing forming a corporation with the Goodsons in Mississippi in 1997 at the same time as they were all liquidating millions of dollars of assets under court order in western Louisiana? Where did all that money go? What was that "happy ending"?**

When you need an accountant who knows all about criminal RICO, who ya gonna call?

**Publié par** Randal Cajun **à** 03:11

**Libellés :** accountants, criminal RICO, Douglas Handshoe, forfeiture, Fred R. Goodson, money laundering, racketeering, Slidell Motel, Truck Stop Gaming, video poker, wire fraud

## Aucun commentaire:

## Enregistrer un commentaire

Message plus récent Accueil Message plus ancien

**Inscription à :** Publier les commentaires (Atom)

Modèle Simple. Fourni par Blogger.

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court Form AOC/01
Administrative Office of Courts (Revised 1/1/2001)

Court Identification Docket Number: 23 / CI (County # / Judicial District / Court ID (CH, CI, CO))

Case Year: 2013

Docket Number: 00 / 74

Local Docket ID

05 / 17 / 13 (Month / Date / Year)

This area to be completed by clerk

Case Number if filed prior to 1/1/94

IN THE CIRCUIT COURT OF HANCOCK COUNTY

Short Style of Case: Handshoe v John Doe(s) aka "Randall Cajun"

Party Filing Initial Pleading: Type/Print Name Douglas Handshoe MS Bar No. ____

✔ Check (✓) if Not an Attorney ___Check (✓) if *Pro Hac Vice* Signature ____

Compensatory Damages Sought: $ ____ Punitive Damages Sought: $ ____

***Is Child Support contemplated as an issue in this suit?*** ___Yes ✔ No If "yes" is checked, please submit a completed Child Support Information Sheet with Final Decree/Judgment

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual: Handshoe (Last Name) Douglas (First Name) ( ____ ) (Maiden Name, if Applicable) K (Middle Init.) ____ (Jr/Sr/III/IV)

Address of Plaintiff 214 Corinth Drive, Bay St Louis, MS 39520

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency ____

Business ____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: ____

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual: Doe (Last Name) John aka Randall Cajun (First Name) ( ____ ) (Maiden Name, if Applicable) ____ (Middle Init.) ____ (Jr/Sr/III/IV)

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency ____

Business ____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A: ____

ATTORNEY FOR THIS DEFENDANT: ____ Bar No. or Name: Unknown *Pro Hac Vice* (✓)___
(If known)

***In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.***

**Business/Commercial**
- [ ] [ ] Accounting (Business)
- [ ] [ ] Bankruptcy
- [ ] [ ] Business Dissolution - Corporation
- [ ] [ ] Business Dissolution - Partnership
- [ ] [ ] Debt Collection
- [ ] [ ] Employment
- [ ] [ ] Examination of Debtor
- [ ] [ ] Execution
- [ ] [ ] Foreign Judgment
- [ ] [ ] Garnishment
- [ ] [ ] Pension
- [ ] [ ] Receivership
- [ ] [ ] Replevin
- [ ] [ ] Stockholder Suit
- [ ] [ ] Other ____

**Domestic Relations**
- [ ] [ ] Child Custody/Visitation
- [ ] [ ] Child Support
- [ ] [ ] Contempt
- [ ] [ ] Divorce: Fault
- [ ] [ ] Divorce: Irreconcilable Differences
- [ ] [ ] Domestic Abuse
- [ ] [ ] Emancipation
- [ ] [ ] Modification
- [ ] [ ] Paternity
- [ ] [ ] Property Division
- [ ] [ ] Separate Maintenance
- [ ] [ ] Termination of Parental Rights
- [ ] [ ] UIFSA (formerly URESA)
- [ ] [ ] Other ____

**Contract**
- [ ] [ ] Breach of Contract
- [ ] [ ] Installment Contract
- [ ] [ ] Insurance
- [ ] [ ] Product Liability under Contract
- [ ] [ ] Specific Performance
- [ ] [ ] Other ____

**Probate**
- [ ] [ ] Accounting (Probate)
- [ ] [ ] Birth Certificate Correction
- [ ] [ ] Commitment
- [ ] [ ] Conservatorship
- [ ] [ ] Guardianship
- [ ] [ ] Heirship
- [ ] [ ] Intestate Estate
- [ ] [ ] Minor's Settlement
- [ ] [ ] Muniment of Title
- [ ] [ ] Name Change
- [ ] [ ] Power of Attorney
- [ ] [ ] Testate Estate
- [ ] [ ] Will Contest
- [ ] [ ] Other ____

**Statutes/Rules**
- [ ] [ ] Bond Validation
- [ ] [ ] Civil Forfeiture
- [ ] [ ] Declaratory Judgment
- [ ] [ ] ERISA
- [ ] [ ] Eminent Domain
- [ ] [ ] Extraordinary Writ
- [ ] [ ] Federal Statutes
- [ ] [ ] Injunction or Restraining Order
- [ ] [ ] Municipal Annexation
- [ ] [ ] Racketeering (RICO)
- [ ] [ ] Railroad
- [ ] [ ] Seaman
- [ ] [ ] Other ____

**Appeals**
- [ ] [ ] Administrative Agency
- [ ] [ ] County Court
- [ ] [ ] Hardship Petition (Driver License)
- [ ] [ ] Justice Court
- [ ] [ ] MS Employmt Security Comm'n
- [ ] [ ] Municipal Court
- [ ] [ ] Oil & Gas Board
- [ ] [ ] Workers' Compensation
- [ ] [ ] Other ____

**Children and Minors - Non-Domestic**
- [ ] [ ] Adoption - Noncontested
- [ ] [ ] Consent to Abortion for Minor
- [ ] [ ] Removal of Minority
- [ ] [ ] Other ____

**Torts-Personal Injury**
- [ ] [ ] Bad Faith
- [ ] [ ] Fraud
- [ ] [ ] Loss of Consortium
- [ ] [ ] Malpractice - Legal
- [ ] [ ] Malpractice - Medical
- [ ] [ ] Negligence - General
- [ ] [ ] Negligence - Motor Vehicle
- [ ] [ ] Products Liability
- [ ] [ ] Wrongful Death
- [x] [ ] Other Defamation

**Mass Tort**
- [ ] [ ] Asbestos
- [ ] [ ] Chemical Spill
- [ ] [ ] Dioxin
- [ ] [ ] Hand/Arm Vibration
- [ ] [ ] Hearing Loss
- [ ] [ ] Radioactive Materials
- [ ] [ ] Other ____

**Real Property**
- [ ] [ ] Adverse Possession
- [ ] [ ] Ejectment
- [ ] [ ] Eminent Domain
- [ ] [ ] Judicial Foreclosure
- [ ] [ ] Lien Assertion
- [ ] [ ] Partition
- [ ] [ ] Receiver Appointment
- [ ] [ ] Tax Sale: Confirmation/Cancellation
- [ ] [ ] Title, Boundary &/or Easement
- [ ] [ ] Other ____

**Civil Rights**
- [ ] [ ] Elections
- [ ] [ ] Habeas Corpus
- [ ] [ ] Post Conviction Relief
- [ ] [ ] Prisoner
- [ ] [ ] Other ____

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

HANDSHOE, DOUGLAS VS DOES, JOHN AKA RANDALL CAJUN

Case # 13-0174 Acct # Paid By M/O Rct# 26496

| | |
|---|---|
| CLERK'S FEES | 85.00 |
| JURY TAX | 3.00 |
| COURT REPORTERS FEE | 10.00 |
| LAW LIBRARY | 2.50 |
| COURT ADMINISTRATOR | 2.00 |
| STATE CT ED FUND | 2.00 |
| COURT CONSTITUENTS | .50 |
| ELECTRONIC COURT | 10.00 |
| LEGAL ASSISTANCE | 5.00 |
| JUDICIAL FUND-JUDGE RAISE | 40.00 |
| Total | $ 160.00 |

Payment received from DOUGLAS HANDSHOE
214 CORINTH DR

BAY ST LOUIS MS 39520

Transaction 26147 Received 5/17/2013 at 16:36 Drawer 1 I.D. KATHARINE

Current Balance Due $0.00 Receipt Amount $ 160.00

By K. Cou ________________ D.C. Karen Ladner Ruhr, Circuit Clerk

Case # 13-0174 Acct # Paid By M/O Rct# 26496

**IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**DOUGLAS HANDSHOE** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NUMBER** 13-0174

**JOHN DOE(S) AKA "RANDALL CAJUN"** **DEFENDANT**

**SUMMONS**

THE STATE OF MISSISSIPPI

TO: Charles Leary
189 Trout Point Road
East Kemptville, NS B0W 1Y0, Canada

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Douglas Handshoe, the attorney for the Plaintiff(s), whose post office address is 214 Corinth Drive, Bay St Louis, MS 39520 and whose street address is 214 Corinth Drive, Bay St Louis, MS 39520. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 17th day of May, 2013.

Karen L. Ruhr
Clerk of Hancock County, Mississippi
By: K Cox

HANCOCK CIRCUIT CLERK KAREN LADNER RUHR

(Seal)

**IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**DOUGLAS HANDSHOE** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NUMBER** 13-0174

**JOHN DOE(S) AKA "RANDALL CAJUN"** **DEFENDANT**

---

**SUMMONS**

---

THE STATE OF MISSISSIPPI

TO: Vaughn Perret
189 Trout Point Road
East Kemptville, NS B0W 1Y0, Canada

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Douglas Handshoe, the attorney for the Plaintiff(s), whose post office address is 214 Corinth Drive, Bay St Louis, MS 39520 and whose street address is 214 Corinth Drive, Bay St Louis, MS 39520. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 17th day of May, 2013.

Karen L. Ruhr
Clerk of Hancock County, Mississippi
By: K. Cov

CIRCUIT COURT HANCOCK COUNTY KAREN LADNER RUHR

(Seal)

**IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**DOUGLAS HANDSHOE** — **PLAINTIFF**

**VERSUS** — **CIVIL ACTION NUMBER** 13-0174

**JOHN DOE(S) AKA "RANDALL CAJUN"** — **DEFENDANT**

## SUMMONS

THE STATE OF MISSISSIPPI

TO: Danny Abel
2421 Clearview Pkwy Ste 106
Metairie, LA 70001

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Douglas Handshoe, the attorney for the Plaintiff(s), whose post office address is 214 Corinth Drive, Bay St Louis, MS 39520 and whose street address is 214 Corinth Drive, Bay St Louis, MS 39520. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 17th day of May, 2013.

Karen L. Ruhr
Clerk of Hancock County, Mississippi
By: K Cox D.C.

HANCOCK COUNTY CIRCUIT KAREN LADNER RUHR

(Seal)

**IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**DOUGLAS HANDSHOE** — **PLAINTIFF**

**VERSUS** — **CIVIL ACTION NUMBER** 13-0174

**JOHN DOE(S) AKA "RANDALL CAJUN"** — **DEFENDANT**

---

**SUMMONS**

---

THE STATE OF MISSISSIPPI

TO: Danny Abel
2421 Clearview Pkwy Ste 106
Metairie, LA 70001

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Douglas Handshoe, the attorney for the Plaintiff(s), whose post office address is 214 Corinth Drive, Bay St Louis, MS 39520 and whose street address is 214 Corinth Drive, Bay St Louis, MS 39520. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 17th day of May, 2013.

Karen L. Ruhr
Clerk of Hancock County, Mississippi
By: K. Cox

KAREN LADNER RUHR HANCOCK COUNTY CIRCUIT CLERK

FILED
MAY 24 2013
KAREN LADNER RUHH
CIRCUIT CLERK, HANCOCK CO
BY ________ D.C

(Seal)

**PROOF OF SERVICE--SUMMONS**
(Process Server)

DANNY ABEL
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

____FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

X PERSONAL SERVICE. I personally delivered copies to DANNY ABEL on the 21 day of MAY, 2013 , where I found said person in Parish of Jefferson of the State of Louisiana .

____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within ________county, (state). I served the summons and complaint on the _____ day of ________, 2013 , at the usual place of abode of said person by leaving a true copy of the summons and complaint with who is the ______________(here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the ______day of _________, 2013 , I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $129.20 TOTAL

Process server must list below: [Please print or type]
Name: CONRAD MADDEN
Address: 115 WOODSIDE DR
Telephone No. MANDEVILLE, LA. 70448

State of Mississippi
County of Hancock

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

Conrad Mason

Process Server Signature

Sworn to and subscribed before me this the 21 day of MAY 2013 .

Notary Public

JESSE L. WIMBERLY, IV
NOTARY PUBLIC-LOUISIANA
BAR NO.: 30799

(Seal)

My Commission Expires COMMISSION IS FOR LIFE