IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE
PLAINTIFF

VERSUS                         CIVIL ACTION NO: 1:13CV254 HSO-RHW

JOHN DOE(S) AKA "RANDALL CAJUN"
DEFENDANTS

AFFIDAVIT OF CHARLES LEARY AND VAUGHAN PERRET

NOVA SCOTIA

COUNTY OF YARMOUTH

PERSONALLY APPEARED BEFORE ME the authority for the County and State aforesaid the within named Charles Leary and Vaughan Perret who say under oath the following things:

1. Neither Charles Leary ("Leary"), Vaughan Perret ("Perret") nor Trout Point Lodge Limited ("Trout Point") has business or economic contacts with

APPENDIX 1

Mississippi.

2. Neither Leary, Perret nor Trout Point has ever had business or economic contacts with Mississippi.

3. We have not transacted any business in the United States since 2005, which was the sale of co-owned real property.

4. Trout Point's only contact with Mississippi was enrolling a $427,000.00 judgment obtained in Nova Scotia, Canada against Douglas Handshoe in Hancock County, Mississippi Circuit Court. Afterwards, Trout Point and we attempted to enforce our Nova Scotia Canada defamation judgment against Douglas Handshoe in *Trout Point Lodge, Limited, A Nova Scotia Limited Company; Vaughn Perret and Charles Leary v. Doug K. Handshoe*, Civil Action No: 1:12cv00090 LG-JMR which was removed by Douglas Handshoe on March 26, 2012 to the United States District Court for the Southern District of Mississippi, Southern Division from the Hancock County Circuit Court.

5. Trout Point and we do not own real property in the United States.

6. We have not lived in the United States since 2003.

7. We are legal permanent residents of Nova Scotia, Canada.

8. Trout Point is a Canadian corporation with its principal place of business in Nova Scotia, Canada. There are no Mississippi shareholders.

9. We have not visited or travelled the United States since 2010. We have not been in Mississippi since around 1995 when we attended a meeting of an amateur scientific society.

10. Neither Trout Point nor we advertise for business in Mississippi.

11. Neither Trout Point nor we have not purchased advertisements in any media calculated to reach Mississippi.

12. Neither Trout Point nor we ship or sell any products to or in Mississippi.

13. Neither Trout Point nor we have any agent to receive process in Mississippi.

14. We were served by a process server in Nova Scotia, Canada with the Summons and Complaint on June 4, 2013. The Complaint did not name either of us as a Defendant.

FURTHER THESE AFFIANTS sayeth not.

_____
CHARLES LEARY

SWORN TO AND SUBSCRIBED before me this the /7th day of July, 2013
2013.

_____

NANCY TYNDALL-BULLERWELL
Commissioner of The Su...
Court of Nova Scotia

My Commission Expires:

_____

_____

VAUGHAN PERRET


SWORN TO AND SUBSCRIBED before me this the 17 day of July, 2013
2013.

_____

NANCY TYNDALL-BULLERWELL
Commissioner of The Supreme
Court of Nova Scotia

My Commission Expires:

_____