Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520



July 26, 2013

United States District Judge Sul Ozerden
2012 15th Street, Suite 714
Gulfport, MS 39501

Re: Handshoe v John Doe(s) aka Randall Cajun
Case Number 13CV254

Dear Judge Ozerden:

Yesterday I received by email and today by US mail a Motion for protective order and Memorandum prepared in the above captioned case. In checking PACER this morning I saw that Magistrate Walker granted the Motion before I could formulate a reply and I ask his order be set aside for the following reasons:

1. The complaint I filed in the Circuit Court is for Pre-petition discovery under Mississippi Rule of Civil Procedure 26 so that I could ascertain the proper styling of a defamation suit. I served said complaint upon the parties I thought were responsible for the defamatory blog postings and in response to that, via council prospective defendants removed the case from Circuit Court to the US District Court citing diversity jurisdiction.

2. Last week I served upon Mr. Laird, Attorney for prospective defendants' Leary and Perret, requests for admissions and other discovery related items related entirely to the subject of their motions including the diversity jurisdiction removal, which I intend to challenge. Prospective defendant made certain assertions regarding the calculation of damages that I am entitled to know under the rules of civil procedure as I have made no representations as to the amount that will ultimately be sought once a properly styled defamation suit is filed.

3. I contend that the removal of this case was premature due to the fact an actual suit has not been styled. That said I will note that in Canadian Court filings prospective defendants Leary and Perret have denied having anything to do with the Real Malice Blog and this in turn raises questions about their lack of legal capacity to request removal of this case to begin with. In short, if they are not behind www.real-malice.blogspot.ca they had no standing to remove the case to begin with. I have attached the correspondence they sent to Canadian Supreme Court Clerk Winnie Surette for your use and reference which indicates their denial of involvement with the fictitious character known as Randall Cajun.

Judge Sul Ozerden
Page Two

    4. To the extent prospective defendants Leary and Perret seemingly deny involvement writing and publishing www.real-malice.ca and the parties publishing the defamatory texts are unknown there is no way to know whether the requirements of diversity jurisdiction have been satisfied.

For these reasons I ask that Magistrate Walker's Protective Order be vacated and prospective defendants be compelled to furnish the information that I requested regarding how they concluded my damages were over $75,000, how they meet the unanimity requirements of diversity jurisdiction and to specify, in detail, their interest in this case sufficient that it warranted removal from the Hancock County Circuit Court, where it was properly filed. This should include revealing which person authored the posts in question in detail.

In short, if defendants' Leary and Perret are indeed the "anonymous cowards"[1] behind the Randall Cajun character, they need to man up and take ownership of their work so that I may properly style a defamation suit.

I apologize in advance for the lack of formality in this pleading, I am a Pro Se Plaintiff that, in light of Magistrate Walker's order of today that was issued before I could respond to yesterday's Motion for Protective order, I feel compelled to bring this to your honorable Court's attention in an expeditious manner.

Sincerely,

Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
earning04@gmail.com
(228) 284-0004

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing to the following via United States Mail:

| | |
|---|---|
| Daniel G. Abel<br>C/O The Super 8 Motel / Desai Enterprises<br>2421 Clearview Parkway, Room 106<br>Metairie, LA 70001 | Henry Laird, Jones Walker<br>2510 14tth Street, Suite 1125<br>Gulfport, MS 39501<br>Attorney for Trout Point Lodge Limited, Charles Leary and Vaughn Perret |

---

[1] A term Leary, Perret and their business partner Daniel G. "Danny" Abel frequently have used in court filings to describe prospective plaintiff, who actually writes and authors posts to his weblog under his real name.