IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE )
)
)
v. )     Civil Action No.1:13cv254-HSO-RHW
)
JOHN DOE(S) AKA "RANDALL CAJUN" )
)

## AFFIDAVIT IN SUPPORT OF MOTION TO REMAND TO THE HANCOCK COUNTY CIRCUIT COURT FOR FURTHER PROCEEDINGS

I, Douglas Handshoe, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. Plaintiff Douglas Handshoe hereby rejects and renounces all general and/or special damages in excess of $74,999.99, exclusive of justly awarded costs and interest provided by law, which derive and/or result from the torts alleged in Plaintiff's complaint for pre-petition discovery dated May 17, 2013 as adjudicated by the Circuit Court of Hancock County, Second Mississippi Judicial District.

Witness my signature this 19th day of August, 2013.

_____
Douglas Handshoe, Plaintiff

Sworn to and subscribed before
me this 19th day of August, 2013.

Timothy A. Kellar
Chancery Clerk
By: _____ DC
Notary Public

My Commission



My Commission Expires Dec. 31, 2015

State of Mississippi, County of Hancock
Personally appeared before me, the undersigned
authority in and for the said county and state,
on this 19th day of August 2013, within
my jurisdiction, the within named Douglas Kyle Handshoe
who acknowledged that he executed the
above and foregoing instrument.

1