IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS HANDSHOE | § | PLAINTIFF |
| | § | |
| V. | § | Civil No. 1:13CV254-HSO-RHW |
| | § | |
| JOHN DOE(S) | § | |
| AKA "RANDALL CAJUN" | § | DEFENDANT |

**ORDER DENYING CHARLES LEARY AND VAUGHAN PERRET'S
[15] MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S [12] MOTION TO REMAND**

BEFORE THE COURT is the [15] Motion for Extension of Time to respond to Plaintiff's [12] Motion to Remand, filed by Charles Leary and Vaughan Perret on August 30, 2013. Pursuant to Federal Rule of Civil Procedure 6 and Local Uniform Civil Rule 7(b)(4), any Response to Plaintiff's [12] Motion to Remand is due on or before September 6, 2013. FED. R. CIV. P. 6; L.U. CIV. R. 7(b)(4). Leary and Perret request additional time to respond to Plaintiff's [12] Motion and seek forty-five (45) days from September 6, 2013, in which to conduct remand related discovery. Mot. [15], at p. 1.

Leary and Perret have not demonstrated what discovery they might need in relation to remand that would require additional response time beyond that afforded under the relevant rules. Nor is the Court persuaded, based upon the record before it, that any discovery would assist those individuals in responding to the pending [12] Motion to Remand. Accordingly, the Court finds that Leary and Perret's [15] Motion for Extension of Time is not well taken and will be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Charles Leary and Vaughan Perret's [15] Motion for Extension of Time to respond to Plaintiff's [12] Motion to Remand, filed on August 30, 2013, is **DENIED**. In accordance with Federal Rule of Civil Procedure 6 and Local Uniform Civil Rule 7(b)(4), any Response to Plaintiff's [12] Motion to Remand is due on or before September 6, 2013.

**SO ORDERED AND ADJUDGED,** this the 30th day of August, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE