Sender's Name: DANIEL ABEL Phone: 504.284.8521
Company: 2421 CLEARVIEW PKWY
Address:
Address:
City: State: LA ZIP: 7000[?]
Country:

Recipient's Name: MELANIE MELANIE
Company: Clerk of Court
Address: US DISTRICT COURT - GULFPORT
Address: DAN RUSSELL COURTHOUSE
Address: 2012 15th STREET
City: GULFPORT State: MS ZIP: 39501
Country: USA

☐ HOLD at Location

RECEIVED
SEP 09 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.



395
CLERK OF COURT
2012 15TH ST
GULFPORT MS
S 250 06 23 SM-ID 2562569
39501-2038-99  G
164-7027
ETP:6
9612019468414115351108





From:
(504) 284-8521
FedEx Ground
Ship Date: 06SEP13
ActWgt: 0.2 LB
CAD: 9612/0FFC1400

TO CLERK OF COURT
US DISTRICT COURT – GULFPORT
2012 15TH ST
DAN RUSSELL COURTHOUSE
GULFPORT, MS 39501 (US)

GND
Prepaid
(9612019) 4684141 15351108