UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Gulfport, Mississippi

November 5, 2013

J. T. Noblin
CLERK
245 E. Capitol St., Suite 316
Jackson, MS  39201

TELEPHONE
(601) 965-4439

*DIVISIONS*
SOUTHERN at Gulfport
2012 15th Street
Suite 403, Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Suite 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316
Zip 39201

Karen Ladner Ruhr, Clerk
Hancock County Circuit Court
Second Judicial District
152 Main St., Suite B
Bay St. Louis, MS  39520

  Re: Douglas Handshoe vs. John Doe(s) AKA "Randall Cajun"
     Civil Action No. 1:13v254 HSO-RHW

Dear Mrs. Ruhr,

  Pursuant to the Order filed on 11/5/13, signed by Judge Halil S. Ozerden, this case is remanded back to Circuit Court of Hancock County, Mississippi, Second Judicial District. Enclosed, you will find certified copies of the Memorandum Opinion and Order; and Docket Sheet.

             J.T. NOBLIN, CLERK


             By: s/R. White    D.C.

Encls.

cc: All Counsel (by NEF)